## STATE OF CONNECTICUT *v.* FREDERICK PAYNE

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 1 (AC 12993), is granted, limited to the following issues:

"1. Did the Appellate Court properly hold that General Statutes § 53-21 is violated by conduct posing a risk of injury to a child's mental health?

"2. Did the Appellate Court properly hold that, so construed, General Statutes § 53-21 is not unconstitutionally void for vagueness?

"3. Did the Appellate Court properly conclude that the trial court adequately instructed the jury on the applicability of General Statutes § 53-21 in the circumstances of this case?"

The Supreme Court docket number is SC 15395.

*John Watson*, assistant public defender, in support of the petition.

*Marjorie Allen Dauster*, assistant state's attorney, in opposition.

Decided March 11, 1996

## STATE OF CONNECTICUT *v.* LIONEL LIZASOIN

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 903 (AC 14182), is denied.

*Lauren Weisfeld*, assistant public defender, in support of the petition.

*Robert J. Scheinblum*, deputy assistant state's attorney, in opposition.

Decided March 11, 1996